| | | |
|---|---|---|
| Date: 10-23-15 | **SENTENCING** | Judge: O'GRADY |
| Time: 9:38 To 10:00 | | Reporter: N. Linnell |
| | | Interpreter: |
| | | Language: |

UNITED STATES OF AMERICA

Case Number: 1:15CR00039-001

V.

MICHAEL ANTHONY RANDALL

Counsel/Govt: Michael J. Frank          Counsel/Deft: Christie Leary

Court adopts PSI (X): The court departed below the guideline range for the reasons stated in open court, pursuant to the factors set forth in 18 USC 3553(a).

---

**SENTENCING GUIDELINES:**
Offense Level: 37
Criminal History: VI
Imprisonment Range: 360 To LIFE
Supervised Release Range: 5 Years
Fine Range: $ 20,000.00 to $200,000
Restitution $ 645,890.00
Special Assessment $ 100    ( ) Satisfied    ( ) Unsatisfied, due immediately

Court departs from Guidelines pursuant to:
___ USSG 5H1.4
___ USSG 5K1.1
___ USSG 5K2.12
___ USSG 5C1.2
___ Other:

**JUDGMENT OF THE COURT:**
BOP for THREE HUNDRED (300) MONTHS, with credit for time served awaiting sentencing in this case
Supervised Release for 5 Years with special conditions: (X) Yes ( ) No
Supervised Probation for _____ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of $ _____ due immediately/ monthly installments of $ _____ to begin w/in _____ days of release from custody/imposition of sentence
(X) Fine/costs of incarceration waived

**SPECIAL CONDITIONS:**

1. The defendant shall participate in substance abuse testing and treatment as directed by the probation officer, and shall assist in the costs of such testing and treatment.
2. The defendant shall participate in a mental health evaluation and shall undergo counseling as directed, which shall include anger management.
3. The defendant shall waive his privacy rights for substance abuse and mental health treatment so the probation officer can communicate freely with his treatment providers.
4. The defendant shall have no contact with minors unless supervised by a competent, informed adult, as approved in advance by the probation officer.
5. The defendant shall register as a sex offender in any state in which he lives, works, or attends school pursuant to the Adam Walsh Child Protection and Safety Act of 2006.
6. The defendant shall have no contact with any of the victims, witnesses, or co-conspirators from this case.
7. The defendant shall either enroll in school/vocational training full-time or maintain full-time verifiable employment during the term of supervised release.
8. The defendant shall pay restitution in the amount of $645,890.00 in monthly payments of $100.00 to begin 60 days upon release from confinement, as directed by the probation officer.

**RECOMMENDATIONS to BOP:**

  X    Dft. to be designated to: FCC Beaumont, Texas, or FCC Oakdale, Texas, to be near family

**Defendant: (x) Remanded**